# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aviation West Charters Incorporated, as successor in interest to Angel Jet Services, LLC, an Arizona limited liability company, and as assignee of Jane Doe,<br><br>        Plaintiff,<br>v.<br><br>Administaff Group Health Plan, et al.,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CV 13-0563-PHX-GMS |

   \_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_    **Decision by Court.** This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED by way of this Court having affirmed the determination of benefits this action is dismissed in its entirety.

| | |
|---|---|
|   March 5th   2014   <br> Date | BRIAN D. KARTH<br>District Court Executive/Clerk<br><br> s/ Kathy Gerchar<br>(by) Kathy Gerchar, Deputy Clerk |

cc: (all counsel)