John C. West – 007233
jwest@bhfs.com
Ishra K. Solieman – 028551
isolieman@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street, Suite 2400
Phoenix, AZ  85004
Telephone:  602.382.4040
Facsimile:  602.382.4020

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aviation West Charters, Inc., as successor in interest to Angel Jet Services, LLC, an Arizona limited liability company, and as assignee of Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>Administaff Group Health Plan; Administaff of Texas, Inc., a Texas corporation; UnitedHealthcare Insurance Company, a Connecticut corporation,<br><br>Defendants. | No. CV13-00563-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have settled this matter.  The parties will lodge a stipulation for dismissal upon execution of the settlement documents.

DATED this 9th day of April, 2014.

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: *s/John C. West*
   John C. West
   Ishra K. Solieman
   One E. Washington Street, Suite 2400
   Phoenix, AZ   85004
   Attorneys for Defendants

012089\0123\11156694.1                        1

# CERTIFICATE OF SERVICE

☒ I hereby certify that on April 9, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dustin P. Vidrine – dvidrine@angelmedflight.com

☐ I hereby certify that on _____, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By  *s/Christina Neely*