|   |   |
|---|---|
| 1 | John C. West – 007233 |
|   | jwest@bhfs.com |
| 2 | Ishra K. Solieman – 028551 |
|   | isolieman@bhfs.com |
| 3 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| 4 | One East Washington Street, Suite 2400 |
|   | Phoenix, AZ  85004 |
| 5 | Telephone:  602.382.4040 |
|   | Facsimile:  602.382.4020 |
| 6 |   |
| 7 | Attorneys for Defendants |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Aviation West Charters, Inc., as successor in interest to Angel Jet Services, LLC, an Arizona limited liability company, and as assignee of Jane Doe, | No. CV13-00563-PHX-GMS |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. |   |
| Administaff Group Health Plan; Administaff of Texas, Inc., a Texas corporation; UnitedHealthcare Insurance Company, a Connecticut corporation, |   |
| Defendants. |   |

The parties hereby stipulate and agree that this matter be dismissed with prejudice.

DATED this 3rd day of June, 2014.

|   |   |
|---|---|
|   | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: _s/Dustin P. Vidrine with permission_ | By: _s/John C. West_ |
| Dustin P. Vidrine | John C. West |
| 8014 East McClain Drive, Suite 220 | Ishra K. Solieman |
| Scottsdale, AZ  85260 | One East Washington Street, Suite 2400 |
| Attorneys for Plaintiff | Phoenix, AZ  85004 |
|   | Attorneys for Defendants |

012089\0123\11311582.1                                      1

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on June 3, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dustin P. Vidrine – dvidrine@angelmedflight.com

☐   I hereby certify that on _____, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By   *s/Ashly White*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
One East Washington Street, Suite 2400
Phoenix, AZ 85004