IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aviation West Charters Incorporated, as successor in interest to Angel Jet Services, LLC, an Arizona limited liability company, and as assignee of Jane Doe,<br><br>Plaintiff,<br><br>v.<br><br>Administaff Group Health Plan; and Administaff of Texas, Inc., a Texas corporation; and United Healthcare Insurance Company, a Connecticut corporation,<br><br>Defendants. | No. CV-13-00563-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting the parties Stipulation (Doc. 35) and dismissing this action with prejudice. The Motion for Attorney Fees (Doc. 28) is moot.

Dated this 3rd day of June, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge